UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
Sentry Office Plz
216 Haddon Ave.,Suite 406
Westmont, NJ 08018
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
MidFirst Bank

| | |
|---|---|
| In Re: | Case No.: 18-26746-JNP |
| Linda H. Bennett, | Adv. No.: |
| | Chapter: 13 |
| Debtor. | Hearing Date: 3/19/2019 |
| | Judge: Poslusny |

### ADJOURNMENT REQUEST FOR CHAPTER 13

1.   I, _____ Denise Carlon, Esq. _____,

☒  am the attorney for: _____ MidFirst Bank _____

☐  am self-represented

Phone number: _____ 201-549-2363 _____

Email address: _____ dcarlon@kmllawgroup.com _____


2.   I request an adjournment of the following hearing:

Matter: _____ Motion for Relief from Stay _____

Current hearing date and time: _____ 3/19/2019 _____

New date requested: _____ 4/16/2019 _____

Reason for adjournment request: _ To allow the parties additional time to resolve this _

_ matter amicably. _

3.      I request an adjournment of confirmation:

Current confirmation date and time: _____

New date requested: _____

Reason for adjournment request: _____

_____

Confirmation has been adjourned _____ previous times

Trustee payments are current through _____

The meeting of creditors under § 341(a) of the Code  ☐ was conducted  ☐ was not conducted

4.      Consent to adjournment:

☒  I have the consent of all parties.      ☐  I do not have the consent of all parties (explain

below):  _____

_____

_____

I certify under penalty of perjury that the foregoing is true.

Date: _3/14/2019_____          _/s/ Denise Carlon_____
                                                                          Signature

**Pursuant to D.N.J. LBR 5071-1(b) an adjournment
request must be made not later than 3 days before the hearing.**

**NOTE: THIS FORM MUST BE SUBMITTED TO THE CHAPTER 13 TRUSTEE, AND IS NOT
REQUIRED WHEN SEEKING THE ADJOURNMENT OF A 341(a) MEETING OF CREDITORS.**

**OFFICIAL USE ONLY:** _____

The request for adjournment is:

☒  Granted          New hearing date:  _4/16/2019_____          ☐  Peremptory

☐  Granted over objection(s)  New hearing date: _____          ☐  Peremptory

☐  Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic
filers of the new hearing date.**

*rev.10/1/15*