UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
Sentry Office Plz
216 Haddon Ave., Suite 406
Westmont, NJ 08018
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
MidFirst Bank

In Re:

Linda H. Bennett,

Debtor.

Case No.: 18-26746-JNP

Adv. No.: _____

Chapter: 13

Hearing Date: 4/16/2019

Judge: Poslusny

## ADJOURNMENT REQUEST FOR CHAPTER 13

1. I, _____Denise Carlon, Esq._____,

   ☒ am the attorney for: _____MidFirst Bank_____

   ☐ am self-represented

   Phone number: _____201-549-2363_____

   Email address: _____dcarlon@kmllawgroup.com_____

2. I request an adjournment of the following hearing:

   Matter: _____Motion for Relief from Stay_____

   Current hearing date and time: _____4/16/2019_____

   New date requested: _____5/7/2019_____

   Reason for adjournment request: _____To allow the parties additional time to resolve this matter amicably._____

3.  I request an adjournment of confirmation:

    Current confirmation date and time: _____

    New date requested: _____

    Reason for adjournment request: _____

    _____

    Confirmation has been adjourned _____ previous times

    Trustee payments are current through _____

    The meeting of creditors under § 341(a) of the Code ☐ was conducted ☐ was not conducted

4.  Consent to adjournment:

    ☒ I have the consent of all parties.    ☐ I do not have the consent of all parties (explain below): _____

    _____

    _____

I certify under penalty of perjury that the foregoing is true.

Date: 4/11/2019                              /s/ Denise Carlon
                                             Signature

**Pursuant to D.N.J. LBR 5071-1(b) an adjournment
request must be made not later than 3 days before the hearing.**

**NOTE: THIS FORM MUST BE SUBMITTED TO THE CHAPTER 13 TRUSTEE, AND IS NOT REQUIRED WHEN SEEKING THE ADJOURNMENT OF A 341(a) MEETING OF CREDITORS.**

**OFFICIAL USE ONLY:**

The request for adjournment is:

☒ Granted         New hearing date: 5/7/2019         ☐ Peremptory

☐ Granted over objection(s)   New hearing date: _____    ☐ Peremptory

☐ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

*rev.10/1/15*

2