Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

        Case No.:  18−26746−JNP
        Chapter:  13
        Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Linda H Bennett
   5 Donna Marie Court
   Sicklerville, NJ 08081

Social Security No.:
   xxx−xx−4122

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 9/27/19.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (7) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: September 27, 2019
JAN: kvr

                Jeanne Naughton
                Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                       Case No. 18-26746-JNP
Linda H Bennett                                                              Chapter 13
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1            User: admin                 Page 1 of 2                    Date Rcvd: Sep 27, 2019
                                Form ID: 148                Total Noticed: 42

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 29, 2019.
db          +Linda H Bennett,    5 Donna Marie Court,    Sicklerville, NJ 08081-1602
517713536    Advocare Berlin Medical Assoc,    PO Box 3001,    Voorhees, NJ 08043-0598
517713538   +Apex Asset Management,    Attn: Bankruptcy,    2501 Oregon Pike, Ste 201,
              Lancaster, PA 17601-4890
517713542   +Berlin Medical Associates,    1891 Santa Barbara Dr St,    Apex Asset Management,
              Lancaster, PA 17601-4106
517713548    Evesham Veterinary Clinic,    800 Route 73 South,    Marlton, NJ 08053-9649
517713551   +HSBC Bank Nevada N.A.,    4851 Cox Road,    Glen Allen, VA 23060-6293
517713553   +Lawn Doctor,    P.O. Box 417,    Stratford-Turnersville,    Mullica Hill, NJ 08062-0417
517863739   +Leo J. Quigley,    34 Lahn Lane,    Hammonton, NJ 08037-2751
517841426   +MidFirst Bank,    999 NorthWest Grand Boulevard,    Oklahoma City, OK 73118-6051
517713554   +Midfirst Bank/Midland Mortgage Company,    PO Box 26648,    Oklahoma City, OK 73126-0648
517842355    Pinnacle Credit Services, LLC its successors and,    assigns as assignee of Purchased Paper,,
              LLC,   Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
517831701    Wells Fargo Bank N.A., d/b/a Wells Fargo Auto,    PO Box 130000 Raleigh, NC 27605

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          E-mail/Text: usanj.njbankr@usdoj.gov Sep 28 2019 01:05:29     U.S. Attorney,   970 Broad St.,
              Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 28 2019 01:05:25     United States Trustee,
              Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
              Newark, NJ 07102-5235
517713539    EDI: CINGMIDLAND.COM Sep 28 2019 04:08:00     AT & T Mobility,    PO BOx 537104,
              Atlanta, GA 30353-7104
517822819   +EDI: CINGMIDLAND.COM Sep 28 2019 04:08:00     AT&T Mobility II LLC,   %AT&T SERVICES INC.,
              KAREN A. CAVAGNARO  PARALEGAL,   ONE AT&T WAY, SUITE 3A104,    BEDMINSTER, NJ. 07921-2693
517713537   +E-mail/Text: bky@americanprofit.net Sep 28 2019 01:05:55     American Profit Recovery,
              Attn: Bankruptcy,    34505 W 12 Mile Road #333,   Farmington Hills, MI 48331-3288
517713540    E-mail/Text: bankruptcy@pepcoholdings.com Sep 28 2019 01:04:53     Atlantic City Electric Company,
              Pepco Holdings, Inc.,   Bankruptcy Division, Mail Stop 84CP42,    5 Collins Drive, Suite 2133,
              Carneys Point, NJ 08069-3600
517713541    EDI: BANKAMER.COM Sep 28 2019 04:08:00     Bank Of America,    Attn: Bankruptcy,   Po Box 982238,
              El Paso, TX 79998
517713549    EDI: BANKAMER.COM Sep 28 2019 04:08:00     FIA Card Services,    PO Box 982235,
              El Paso, TX 79998-2235
517713543   +EDI: CAPITALONE.COM Sep 28 2019 04:08:00     Capital One,   Attn: Bankruptcy,    Po Box 30285,
              Salt Lake City, UT 84130-0285
517713544   +EDI: CAPITALONE.COM Sep 28 2019 04:08:00     Capital One Bank (USA), N.A.,    4851 Cox Road,
              Glen Allen, VA 23060-6293
517713546    EDI: DIRECTV.COM Sep 28 2019 04:08:00     Direct TV,   PO Box 11732,    Newark, NJ 07101-4732
517831178   +EDI: AIS.COM Sep 28 2019 04:08:00     Directv, LLC,   by American InfoSource as agent,
              4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
517713547   +EDI: DCI.COM Sep 28 2019 04:08:00     Diversified Consultants, Inc.,    Attn: Bankruptcy,
              Po Box 551268,   Jacksonville, FL 32255-1268
517713550    EDI: RMSC.COM Sep 28 2019 04:08:00     GE Capital Retail Bank,    PO Box 965004,
              Orlando, FL 32896-5004
517713552   +EDI: IIC9.COM Sep 28 2019 04:08:00     I C System Inc,   444 Highway 96 East,    P.O. Box 64378,
              St. Paul, MN 55164-0378
517713555   +EDI: MID8.COM Sep 28 2019 04:08:00     Midland Funding,    2365 Northside Dr Ste 300,
              San Diego, CA 92108-2709
517713556    EDI: CBS7AVE Sep 28 2019 04:08:00     Midnight Velvet,    1112 7th Avenue,
              Monroe, WI 53566-1364
517713558    EDI: PRA.COM Sep 28 2019 04:08:00     Portfolio Recovery Associates, LLC,    P.O. Box 12914,
              Norfolk, VA 23541
517828659   +EDI: PRA.COM Sep 28 2019 04:08:00     PORTFOLIO RECOVERY ASSOCIATIES, LLC,    POB 41067,
              NORFOLK  VA 23541-1067
517713557   +EDI: PRA.COM Sep 28 2019 04:08:00     Portfolio Recovery,    Po Box 41021,
              Norfolk, VA 23541-1021
517715760   +EDI: RMSC.COM Sep 28 2019 04:08:00     Synchrony Bank,    c/o of PRA Receivables Management, LLC,
              PO Box 41021,   Norfolk, VA 23541-1021
517713559   +EDI: RMSC.COM Sep 28 2019 04:08:00     Synchrony Bank,    Po Box 965064,
              Orlando, FL 32896-5064
517713560   +EDI: RMSC.COM Sep 28 2019 04:08:00     Synchrony Bank/ JC Penneys,    Attn: Bankruptcy Dept,
              Po Box 965060,   Orlando, FL 32896-5060
517713561   +EDI: RMSC.COM Sep 28 2019 04:08:00     Synchrony Bank/Home Shopping,    Attn: Bankruptcy Dept,
              Po Box 965060,   Orlando, FL 32896-5060
517713562   +EDI: RMSC.COM Sep 28 2019 04:08:00     Synchrony Bank/Sams Club,    Attn: Bankruptcy Dept,
              Po Box 965060,   Orlando, FL 32896-5060
517713563    EDI: WTRRNBANK.COM Sep 28 2019 04:08:00     Target,   Target Card Services,
              Mail Stop NCB-0461,   Minneapolis, MN 55440
517823739   +EDI: AIS.COM Sep 28 2019 04:08:00     Verizon,   by American InfoSource as agent,
              4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
517713564    EDI: VERIZONCOMB.COM Sep 28 2019 04:08:00     Verizon FIOS,    PO BOX 15124,
              Albany, NY 12212-5124

```
District/off: 0312-1           User: admin              Page 2 of 2                  Date Rcvd: Sep 27, 2019
                               Form ID: 148             Total Noticed: 42

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
517713565        +EDI: WFFC.COM Sep 28 2019 04:08:00      Wells Fargo Dealer Services,    Attn: Bankruptcy,
                  Po Box 19657,    Irvine, CA 92623-9657
517713566        +EDI: WFNNB.COM Sep 28 2019 04:08:00      World Financial Capital Bank,    PO Box 183003,
                  Columbus, OH 43218-3003
                                                                                              TOTAL: 30

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517713535       ##+Absolute Resolutions Corporation,    6602 El Cajon Blvd., Suite 200,    San Diego, CA 92115-2875
517713545       ##Citibank NA,    PO Box 6052,   Sioux Falls, SD 57117-6052
                                                                                           TOTALS: 0, * 0, ## 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.   Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 29, 2019                                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 27, 2019 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    MIDFIRST BANK dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Isabel C. Balboa    ecfmail@standingtrustee.com,   summarymail@standingtrustee.com
              Joseph J. Rogers    on behalf of Debtor Linda H Bennett jjresq@comcast.net,   jjrogers0507@gmail.com
              Rebecca Ann Solarz    on behalf of Creditor    MIDFIRST BANK rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 6
```